**Opinion issued February 12, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00642-CV

————————————

**RASHA ALAISKHAN, Appellant**

**V.**

**AHMED ALAKEL, Appellee**

---

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Case No. 14-FD-0711**

---

## MEMORANDUM OPINION

Appellant, Rasha Alaiskhan, has failed to timely file a brief. *See* TEX. R.
APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of
appellant to file brief). After being notified that this appeal was subject to

dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.